UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:19-cr-00551 |
| | : | No. 5:23-cv-00586 |
| LUIS GOMEZ, | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this 21st day of May, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Vacate Sentence, ECF No. 103, is **DENIED in part and GRANTED in part**.

2. The Amended Motion to Vacate Sentence, ECF No. 121, is **DENIED in part, GRANTED in part, and DISMISSED in part**.

3. The motion and amended motion are **GRANTED** with respect to Gomez's claims that counsel was ineffective for failing to consult with him regarding his direct appeal.

4. The motion and amended motion are otherwise **DENIED** and **DISMISSED**.

5. Defendant is granted leave to file a notice of appeal from his conviction and sentence *nunc pro tunc* **within fourteen (14) days of the date of this Order**. Consistent with the Order dated July 14, 2023, appointing Margaret M. Grasso, Esquire "to represent Gomez in all further proceedings," *see* ECF No. 113, Attorney Grasso is directed to file a notice of appeal on behalf of Gomez to ensure that his appellate rights are preserved.[1]

6. A certificate of appealability is **DENIED**.

7. The Clerk of Court shall **CLOSE** the above-captioned actions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Thereafter, the Court will entertain any motion for appointment of counsel on appeal or to withdraw.